PEOPLE *v.* McEWEN

CRIMINAL LAW—RIGHT TO COUNSEL—WAIVER.
    Defendant was not denied his right to trial counsel where the
    record reveals that he twice refused offers of court-appointed
    counsel; defendant's refusals amounted to a knowing and
    intelligent waiver of his right to counsel (GCR 1963, 785.3[1]).

Appeal from Kent, Stuart Hoffius, J. Submitted
Division 3 June 10, 1971, at Grand Rapids. (Docket
No. 10383.) Decided June 28, 1971.

Sylvester McEwen was convicted, on his plea of
guilty, of larceny in a building. Defendant appeals.

Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *James K. Miller,*
Prosecuting Attorney, and *Donald A. Johnston, III,*
Chief Appellate Attorney, for the people.

*William J. Heyns,* for defendant on appeal.

Before: R. B. BURNS, P. J., and FITZGERALD and
J. H. GILLIS, JJ.

PER CURIAM. On December 26, 1969, defendant
Sylvester McEwen pled guilty to larceny in a build-

REFERENCE FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law §§ 316, 317.

ing, MCLA § 750.360 (Stat Ann 1954 Rev § 28.592), before Kent County Circuit Judge Stuart Hoffius. On February 17, 1970, he was sentenced to 18 months to 4 years in prison.

Defendant was observed in a J. C. Penney store in Kentwood placing a man's suit under his coat. He was arrested upon leaving the store without paying for the suit.

On appeal, defendant alleges that he was denied trial counsel contrary to GCR 1963, 785.3(1). A review of the record reveals that the defendant twice refused the offer of legal representation. This amounts to a knowing and intelligent waiver of counsel. *People* v. *Stearns* (1968), 380 Mich 704.

Affirmed.